UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
OEC FREIGHT (NY), INC., *d/b/a OEC Group*,

      **Plaintiff,**

   -against-

DON SMITH & ASSOCIATES, INC., *d/b/a Express Office Furniture*, and STORLIE FURNITURE DISTRIBUTORS, LLC, *d/b/a Storlie Furniture Group*,

      **Defendants.**
--------------------------------------------------------- X

23-CV-6299 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Defendant Storlie Furniture Distributors LLC's ("Storlie") motion for a pre-motion conference for leave to file a motion to dismiss (ECF No. 8) and Plaintiff's response (ECF No. 9). Plaintiff is directed to file a letter by **September 6, 2023** indicating whether it would like to seek leave to file an amended complaint to address Defendant Storlie's arguments for dismissal raised in its letter.

**SO ORDERED.**

Dated: August 30, 2023
    New York, New York

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**