UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
OEC FREIGHT (NY), INC., *d/b/a OEC Group*,

                **Plaintiff,**

-against-

DON SMITH & ASSOCIATES, INC., *d/b/a Express Office Furniture*, and STORLIE FURNITURE DISTRIBUTORS, LLC, *d/b/a Storlie Furniture Group*,

                **Defendants.**

------------------------------------------------------------ x

1:23-cv-06299 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 10, 2024, this Court held a pre-motion conference to discuss Plaintiff's proposed motion to file an amended complaint. The Court grants the Plaintiff leave to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). The Second Amended Complaint shall be filed before or on **October 25, 2024**. Defendants' time to answer Plaintiff's First Amended Complaint is stayed.

Defendant Storlie Furniture Distributors, LLC ("Storlie") is granted leave to file a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant Storlie shall file a letter on the docket by **October 30, 2024**, indicating whether Defendant will be filing a Motion to Dismiss. If Defendant Storlie intends to file a Motion to Dismiss, the Court sets the following briefing schedule:

           Defendant's Motion to Dismiss:    November 14, 2024

           Plaintiff's Opposition:    December 2, 2024

      Defendant's Reply, if any:   December 11, 2024

  Plaintiff is granted leave to file a Motion for Default Judgment against Defendant Don Smith & Associates, Inc. pursuant to Federal Rule of Civil Procedure 55. Plaintiff is directed to file the motion by **October 28, 2024**.

**SO ORDERED.**

Dated: October 21, 2024
    New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**