UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

OEC FREIGHT (NY), INC.,

                    **Plaintiff,**

      -against-

DON SMITH & ASSOCIATES, INC., et al.,

                    **Defendants.**

------------------------------------------------------------------X

23-CV-6299 (ALC) (VF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/2025

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On June 6, 2025, this case was referred to me for general pretrial supervision. The parties are ordered to file a joint status letter by **June 27, 2025** providing the Court a status update and a proposed schedule for remaining discovery.

**SO ORDERED.**

DATED:    New York, New York
               June 12, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge