UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **OEC FREIGHT (NY), INC.**, *doing business as OEC GROUP*,<br><br>                              **Plaintiff**,<br><br>-against-<br><br>**STORLIE FURNITURE DISTRIBUTORS, LLC**, *doing business as STORLIE FURNITURE GROUP*, **and DON SMITH & ASSOCIATES, INC.**, *doing business as EXPRESS OFFICE FURNITURE*,<br><br>                              **Defendants.** | 1:23-cv-06299 (ALC) (VF)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

On June 6, 2025, the Court granted default judgment against Defendant Don Smith & Associates, Inc. ("DSA"). ECF No. 74. In that order, the Court calculated the total compounded interest due to Plaintiff as of June 6, 2025 to be $647,589.62, and the total damage award to be $1,578,327.75. *See* ECF No. 74 at 6–8. Because this calculation differed from Plaintiff's submissions, the Court ordered the parties to show cause as to why damages based on the Court's calculation should not be entered. *See* ECF No. 73. Plaintiff submitted a response with a revised sum and supporting calculations on June 20, 2025. *See* ECF No. 83. The Court agreed with Plaintiff's revised award, which calculated the owed interest to equal $649,428.05 and the total damages amount to be $1,580,166.18. The Court then issued a further OSHOW on the revised award. *See* ECF No. 89.

Having received no response to the subsequent OSHOW, Plaintiff is hereby awarded damages in the amount of **$1,580,166.18** against Defendant DSA. Plaintiff is entitled to post-judgment interest at the statutory rate defined by 28 U.S.C. § 1961, which shall be calculated from

1

the date this order is entered. *See Tru-Art Sign Co. v. Local 137 Sheet Metal Workers Int'l Ass'n*, 852 F.3d 217, 223 (2d Cir. 2017) (under Section 1961, the award of post-judgment interest is mandatory on awards in civil cases).

**SO ORDERED.**

**Dated: August 29, 2025**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

2