**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OEC FREIGHT (NY), INC., doing business as
OEC GROUP,

                    Plaintiff,

    -against-                                              23 **CIVIL** 6299 (ALC)(VF)

## **JUDGMENT**

STORLIE FURNITURE DISTRIBUTORS, LLC,
doing business as STORLIE FURNITURE
GROUP, and DON SMITH & ASSOCIATES,
INC., doing business as EXPRESS OFFICE
FURNITURE,

                    Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 29, 2025, having received no response to the subsequent OSHOW, Plaintiff is hereby awarded damages in the amount of $1,580,166.18 against Defendant DSA. Plaintiff is entitled to post-judgment interest at the statutory rate defined by 28 U.S.C. § 1961, which shall be calculated from the date the order is entered. See Tru-Art Sign Co. v. Local 137 Sheet Metal Workers Int'l Ass'n, 852 F.3d 217, 223 (2d Cir. 2017) (under Section 1961, the award of post-judgment interest is mandatory on awards in civil cases).

**Dated:**  New York, New York

      August 29, 2025

                                                          **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                                                             *K. Mango*
                          **BY:**

                                                            **Deputy Clerk**