**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

OEC FREIGHT (NY), INC.,

                     Plaintiff,                        **23-CV-6299 (ALC) (VF)**

       -against-                                  **ORDER**

DON SMITH & ASSOCIATES, INC., et al.,

                    Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to address the letter filed at ECF No. 114 is hereby scheduled for **Thursday, June 18, 2026, at 2:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [392 206 414#].**

      Defendants are directed to file a response to the letter at ECF No. 114 by **June 9, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
            May 19, 2026

                                     _____
                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge