# Allen Matkins

Allen Matkins Leck Gamble Mallory & Natsis LLP
Attorneys at Law
599 Lexington Avenue, 38th Floor | New York, NY 10022-6030
Telephone: 212.542.3400 | Facsimile: 212.364.4548
www.allenmatkins.com

**Brian D. Hail**
E-mail: bhail@allenmatkins.com
Direct Dial: 212.542.3377   File Number: 4914-6321-8613.1/395717.00001

<u>**Via ECF/Via Email**</u>

June 16, 2026

Honorable Valerie Figueredo, U.S.M.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007-1312

>    *Re:*    *OEC Freight (NY), Inc. v. Don Smith & Associates, Inc., et al.*
>    **(Case No. 1:23-cv-06299-ALC-VF)**

Dear Judge Figueredo:

Defendant Storlie Furniture Distributors, LLC ("Storlie") submits this letter to request guidance and otherwise inform the Court and all parties that Storlie intends to produce certain documents in Storlie's possession for which Defendant Don Smith & Associates, Inc. ("DSA") has asserted a claim of privilege. Storlie is willing to participate in a discovery conference regarding the production of these documents if the Court or any party requests such conference.

Storlie is in possession of communications between DSA's owners, written on behalf of DSA, with DSA's attorneys. Storlie has notified all parties of these documents. DSA's counsel claims the documents are privileged and objects to the production, but refused to participate in a telephone conference call with all counsel (including counsel for Plaintiff OEC Freight (NY), Inc. ("OEC")) regarding this issue. And OEC has demanded production of the documents. Storlie takes no position on the claims of privilege and to the extent needed, seeks any guidance on production. Storlie intends to produce the documents at issue within five business days of the filing of this letter, unless the Court or any party requests a discovery conference. If DSA fails to submit objections before the Court or appear at a conference, we will maintain that, no matter the underlying issues, DSA has waived privilege that might have applied.

## I.    Procedural Background

This case concerns alleged debt for logistics services owed by DSA to OEC. OEC alleges that DSA has not paid an outstanding balance owed to OEC, which as of March 28, 2023, totaled $930,738.13. (Second Amended Complaint ("SAC"), ¶ 36.)

Allen Matkins Leck Gamble Mallory & Natsis LLP
Attorneys at Law

Honorable Valerie Figueredo, U.S.M.J.
June 16, 2026
Page 2

Storlie is not a party to the credit agreement and never assumed responsibility for this debt. Nonetheless, OEC has attempted to hold *Storlie* liable for DSA's debt under a meritless theory that Storlie impliedly assumed the debt when it purchased DSA's asset pursuant to a written Asset Purchase Agreement (the "APA"). (*Id.*, Count III and IV.)  This theory is incorrect.  Far to the contrary, Storlie expressly disclaimed any liability for debt(s) owed to OEC.  OEC's claim for payment of DSA's debt is against DSA – *alone*.  OEC should look to DSA's assets – including the consideration paid by Storlie to DSA for those assets – to satisfy its claim.

II.      The Discovery Dispute

Storlie entered into the APA with DSA on August 19, 2022, for the purpose of purchasing DSA's assets.  Pursuant to the transaction, Storlie agreed to employee certain of DSA's former employees, including DSA's owners, Mr. Tom O'Brien and Ms. Jennifer Wolf-Logsdon.  During the course of discovery, Storlie identified emails on its email system in which Mr. O'Brien and Wolf-Logsdon, acting as DSA owners and writing solely on behalf of DSA, communicated with DSA's attorneys.  These communications relate to the APA, amounts DSA allegedly owes to OEC, and other matters that are responsive to discovery requests served by OEC upon Storlie in this action.

Storlie does not believe these DSA communications are protected by the attorney-client privilege or otherwise shielded from discovery, as they were sent or received using the Storlie email system, which is owned by Storlie and according to company policy, persons using that email system should not have an expectation of privacy.  Of course, if Storlie employees use their email to communicate *on Storlie's behalf*, that communication is privileged.  But Ms. Wolf-Logsdon and Mr. O'Brien's use of Storlie's email system on their own personal behalf, to conduct DSA business with DSA's counsel is not part of Storlie's attorney-client privilege.  Accordingly, Storlie prepared to produce these documents as responsive and not-privileged.

Before production, on April 30, 2026, my associate, Ms. Suzanne Khalil, acting on behalf of Storlie, provided DSA's owner, Ms. Jennifer Wolf-Logsdon, with courtesy email notice that it intended to produce DSA's communications with counsel unless DSA obtained a court order directing Storlie otherwise. (Ex. 1.) Ms. Khalil notified Ms. Wolf-Logsdon that DSA had a pending judgment against it. (*Id.*)  On May 8, 2026, Mr. Jared Marsh informed Ms. Khalil that he was DSA's attorney and stated that he "believe[s] those communications to be covered by the attorney-client privilege." (*Id.*)  Mr. Marsh also requested that Storlie share the documents at issue. (*Id.*)  That same day, Ms. Khalil provided the documents and informed Mr. Marsh that Storlie would produce the documents on May 12, 2026, absent a court order otherwise. (*Id.*)  Mr. Marsh did not respond. (*Id.*) From May 12 through May 26, Ms. Khalil sent multiple follow-up emails, with no response by DSA's counsel. (*Id.*)  On May 26, Ms. Khalil called Mr. Marsh on the telephone, and he confirmed he was in receipt of the emails, that he was discussing this matter with his client, and that he would advise on the issue by the end of the week. (*Id.*)  On May 29, Mr. Marsh informed Ms. Khalil that DSA was asserting a claim to privilege over the documents at issue, but failed to file any motion for protection regarding this matter. (*Id.*)

Allen Matkins Leck Gamble Mallory & Natsis LLP
Attorneys at Law

Honorable Valerie Figueredo, U.S.M.J.
June 16, 2026
Page 3

Accordingly, on June 1, 2026, Ms. Khalil informed OEC's counsel, in a joint email to counsel, of the existence of the documents in question and Mr. Marsh's objections. (Ex. 2.) Storlie requested that OEC and DSA confer. (*Id.*) Ms. Khalil informed the parties that Storlie would abide by any agreement of the parties or direction from the Court. (*Id.*) On Friday, June 12, 2026, upon Storlie's request, OEC and Storlie participated in an approximately 15-minute telephone conference call. (*Id.*) Ms. Suzanne Khalil was present on behalf of Storlie and Ms. Eva-Maria Mayer on behalf of OEC. Mr. Marsh declined to participate and informed counsel via email that he would not be appearing in this case. (*Id.*) During the conference call, Ms. Khalil informed Ms. Mayer that Storlie does not take any position on DSA's claim of privilege, and is not asserting any claim of privilege over production of the documents. Ms. Khalil informed Ms. Mayer that she believed the parties had reached an impasse.

Storlie now brings this issue before the Court for guidance, and has copied DSA's counsel on this letter to ensure they have the opportunity to object or request a Court conference.

Storlie intends to produce the documents at issue within five business days of the filing of this letter, unless the Court or any party requests a discovery conference. If DSA fails to object before the Court or otherwise obtain relief, we believe that DSA will have also waived any claim of privilege that might otherwise apply.

Respectfully submitted,

*/s/ Brian D. Hail*

Brian D. Hail

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE        **Dated: June 22, 2026**

As discussed at the conference on June 18, 2026, it appears from defense counsel's representations that the communications in Storlie's possession, which were sent on Storlie's e-mail system, are not protected by the attorney-client privilege, because Storlie's company policy is that communications on its e-mail system are not private. See United States v. Finazzo, 682 F. App'x 6, 16 (2d Cir. 2017). As such, if the e-mails are in Storlie's possession and the e-mails are responsive to Plaintiff's document requests, then Storlie would not have a basis to withhold production of the e-mails on the grounds of privilege. Defense counsel represented that he has provided Ms. Wolf-Logsdon with notice that Storlie is in possession of these e-mails and believes it needs to produce them as responsive to Plaintiff's requests. Defense counsel also appears to have spoken to an attorney for Don Smith & Associates ("DSA"), Mr. Jared Marsh, who indicated that he believed the e-mails are privileged. Defense counsel is hereby directed to provide a copy of this order to Ms. Wolf-Logsdon and Mr. Marsh. If either DSA or Ms. Wolf-Logsdon seek to prevent the e-mails from being produced by Storlie, they should file a motion for a protective order with the Court by **July 10, 2026**, or seek an extension of time to do so. If no challenge is raised to production of the e-mails in Storlie's possession, Storlie can fulfill its obligation to produce responsive documents on or after **July 14, 2026**. The Clerk of Court is respectfully directed to close the motion at ECF No. 117.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that:  I am over the age of 18 and am employed as a Legal Secretary at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel for Defendant Storlie Furniture Distributors, LLC.

On June 16, 2026, I used the Southern District of New York's Electronic Case Filing System, with the ECF registered to Brian D. Hail to file the following document(s):

**JUNE 16, 2026, LETTER TO HONORABLE VALERIE FIGUEREDO, U.S.M.J.**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service.  The parties served by ECF in this case are found on the Court's Electronic Mail Notice List.  Copies have also been sent via email to:

> Jared Marsh, Esq. (jmarsh@knmlaw.com)
> Krigel Nugent & Moore
> *Attorneys for Defendant Don Smith & Associates, Inc.*
>
> Eva Mayer, Esq. (eva.mayer@floydzad.com)
> Abby Waag, Esq. (abby.waag@floydzad.com)
> Joe Johnson, Esq. (joe.johnson@floydzad.com)
> Luke Zadkovich, Esq. (luke.zadkovich@floydzad.com)
> Floyd Zadkovich US LLP
> *Attorneys for Plaintiff OEC Freight (NY), Inc.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 16, 2026          By: */s/ Cynthia Sandoval*
      San Diego, California          Cynthia Sandoval
                                          Legal Secretary

# EXHIBIT 1

**From:** Khalil, Suzanne
**Sent:** Wednesday, May 27, 2026 3:59 PM
**To:** 'Jared Marsh' <jmarsh@knmlaw.com>
**Cc:** Hail, Brian <bhail@allenmatkins.com>; Winograd, Hayley <hwinograd@allenmatkins.com>; Whitehead, Trevor <twhitehead@allenmatkins.com>
**Subject:** RE: OEC Freight (NY), Inc., d/b/a OEC Group v. Don Smith & Associates, Inc., et al. (1:23-cv-06299-ALC-VF)

Good afternoon Jared,

Thank you for the call yesterday and for confirming that you are receiving these emails.  As discussed, I understand that you are discussing this matter with your client and that you have only identified one or two documents that you believe are privileged.  Please identify those documents so that we can isolate them.  As mentioned below, we do not believe any of the documents are privileged, but would like to narrow the issues with you.

I further understand that you will inform us this week if your client intends to file a motion regarding production of these 1 or 2 documents.  As a courtesy, we will delay our production of the documents in question to May 29, 2026 at 5:00 pm EST.  However, we will need to produce the documents at that time so that we can timely comply with our discovery obligations in this lawsuit.

Best,

**Suzanne E. Khalil** | Associate | Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza, 600 West Broadway, 27th Floor, San Diego, CA 92101-0903
Direct (619) 235-1503 | Mobile (571) 499-1676 | Fax (619) 233-1158
skenney@allenmatkins.com

# Allen Matkins

**From:** Khalil, Suzanne
**Sent:** Thursday, May 21, 2026 1:43 PM
**To:** 'Jared Marsh' <jmarsh@knmlaw.com>
**Cc:** Hail, Brian <bhail@allenmatkins.com>; Winograd, Hayley <hwinograd@allenmatkins.com>; Whitehead, Trevor <twhitehead@allenmatkins.com>
**Subject:** RE: OEC Freight (NY), Inc., d/b/a OEC Group v. Don Smith & Associates, Inc., et al. (1:23-cv-06299-ALC-VF)

Good afternoon Mr. Marsh,

I am sending a follow up, courtesy email to inform you that we will be producing the documents that we sent to you on May 8th (Bates stamped STORLIE_004904-STORLIE_005545) to Plaintiff OEC Freight (NY), Inc. at 5 p.m. EST tomorrow, May 22, 2026.  If we have not received a court order from you directing otherwise or other appropriate notice before that time, we will produce the documents.

Here is the Hightail link which expires on May 31, 2026: https://spaces.hightail.com/receive/HSziXnKqPQ
Access code: ni4&5=ahUSPi

1

Best,

**Suzanne E. Khalil** | Associate | Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza, 600 West Broadway, 27th Floor, San Diego, CA 92101-0903
Direct (619) 235-1503 | Mobile (571) 499-1676 | Fax (619) 233-1158
skenney@allenmatkins.com

## Allen Matkins

---

**From:** Khalil, Suzanne
**Sent:** Monday, May 18, 2026 12:01 PM
**To:** 'Jared Marsh' <jmarsh@knmlaw.com>
**Cc:** Hail, Brian <bhail@allenmatkins.com>; Winograd, Hayley <hwinograd@allenmatkins.com>; Whitehead, Trevor <twhitehead@allenmatkins.com>
**Subject:** RE: OEC Freight (NY), Inc., d/b/a OEC Group v. Don Smith & Associates, Inc., et al. (1:23-cv-06299-ALC-VF)

Good morning Mr. Marsh,

I am following up on my below email.  As a courtesy, we waited an additional week to produce the documents linked below, but we have not received a court order from you or any other response.  It is our position that these DSA communications are not protected by the attorney-client privilege or otherwise shielded from discovery.

Please be advised that we will produce the documents tomorrow, May 19, 2026.

Best,

**Suzanne E. Khalil** | Associate | Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza, 600 West Broadway, 27th Floor, San Diego, CA 92101-0903
Direct (619) 235-1503 | Mobile (571) 499-1676 | Fax (619) 233-1158
skenney@allenmatkins.com

## Allen Matkins

---

**From:** Khalil, Suzanne
**Sent:** Friday, May 8, 2026 5:05 PM
**To:** 'Jared Marsh' <jmarsh@knmlaw.com>
**Cc:** Hail, Brian <bhail@allenmatkins.com>; Winograd, Hayley <hwinograd@allenmatkins.com>; Whitehead, Trevor <twhitehead@allenmatkins.com>
**Subject:** RE: OEC Freight (NY), Inc., d/b/a OEC Group v. Don Smith & Associates, Inc., et al. (1:23-cv-06299-ALC-VF)

Good afternoon Mr. Marsh,

As I noted in my email below, we wrote to Ms. Wolf-Logsdon as a courtesy.  It is our position that these DSA communications are not protected by the attorney-client privilege or otherwise shielded from discovery, as they were sent or received using the Storlie email system, which is owned by Storlie and subject to Storlie's policies regarding employee use of company email that "[N]o individual should have any expectation of privacy in any communication over" the Storlie email system.

2

Attached are the discovery demands and linked below are the documents.  We will hold off on production until Tuesday, May 12, 2026, but please be advised that given the current schedule and discovery requests, Storlie does not intend to delay production beyond that time absent a court order directing otherwise.

Here is the Hightail link which expires in seven days: https://spaces.hightail.com/receive/4ZdQQOOJ1N
Access code: Z3@!cl8wl$os

Best,

**Suzanne E. Khalil** | Associate | Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza, 600 West Broadway, 27th Floor, San Diego, CA 92101-0903
Direct (619) 235-1503 | Mobile (571) 499-1676 | Fax (619) 233-1158
skenney@allenmatkins.com

# Allen Matkins

---

**From:** Jared Marsh <jmarsh@knmlaw.com>
**Sent:** Friday, May 8, 2026 5:30 AM
**To:** Khalil, Suzanne <skhalil@allenmatkins.com>
**Subject:** RE: OEC Freight (NY), Inc., d/b/a OEC Group v. Don Smith & Associates, Inc., et al. (1:23-cv-06299-ALC-VF)

CAUTION: External Email

Ms. Khalil,
Ms. Wolf-Logsdon forwarded me your email regarding your planned production of attorney-client communications between Ms. Wolf-Logsdon and Mr. O'Brien, and Ms. Krigel and Mr. Vincent. We believe those communications to be covered by the attorney-client privilege.
In order to evaluate the privilege, could you please send me the discovery request(s) that you believe the emails are responsive to, as well as the emails that you intend to produce?
Sincerely,
Jared

M. Jared Marsh

**krigel nugent + moore**
Direct: 816.285.6062
jmarsh@knmlaw.com
www.knmlaw.com

---

On Thursday, April 30, 2026, 7:40 PM, Khalil, Suzanne <skhalil@allenmatkins.com> wrote:

Dear Ms. Jennifer Wolf-Logsdon,

I hope this email finds you well. I am writing on behalf of our client, Storlie Furniture Distributors, LLC ("Storlie"), in connection with the lawsuit filed by OEC Freight (NY), Inc. ("OEC"), styled *OEC Freight (NY), Inc. v. Don Smith & Associates, Inc. et al,* in the Southern District of New York, Case No. 1:23-cv-06299-ALC-VF (the "Action").

As you may be aware, OEC alleges that Don Smith & Associates, Inc. ("DSA") failed to pay for logistics services and that Storlie allegedly assumed that obligation in connection with the Asset Purchase Agreement ("APA") between Storlie and DSA.  Storlie wholly denies the allegations against Storlie, which are without merit.  On June 6, 2025, the Court in the Action "grant[ed] default judgment against Defendant DSA as to Plaintiff's breach of contract claim..." (*See* Court Docket # 74).  And, on August 29, 2025, the Court awarded OEC a Civil Judgment and "damages in the amount of $1,580,166.18 against Defendant DSA."  (Court Docket # 97).  We are not aware that DSA has counsel in this case or matter or that you have such counsel representing your interests, so I am writing to you directly.

As part of the discovery process in this litigation, Storlie has identified emails on its email system in which you and Tom O'Brien, acting as DSA owners and writing solely on behalf of DSA, communicated with DSA's attorneys, including Scott Vincent and Erlene Krigel.  These communications relate to the APA, amounts DSA allegedly owes to OEC, and other matters that are responsive to discovery requests served by OEC upon Storlie in the Action.

We are writing to inform you, as a courtesy, that Storlie intends to produce these documents in discovery within seven (7) days from the date of this email. It is our position that these DSA communications are not protected by the attorney-client privilege or otherwise shielded from discovery, as they were sent or received using the Storlie email system, which is owned by Storlie and subject to Storlie's policies regarding employee use of company email.  Storlie's Employee Handbook expressly states that "[N]o individual should have any expectation of privacy in any communication over" the Storlie email system.  (P. 21 of the Employee Handbook.)  We believe the use of the Storlie email system for private communications as DSA owners to DSA's counsel breaks any claim to attorney-client privilege in discovery.

**If you object to the production of these documents, please inform us promptly, but no later than five (5) days from the date of this email, so that we are aware of your position**.  Please be advised, however, that if you (or your lawyers) object, given the current schedule and discovery requests, Storlie does not intend to delay production absent a court order directing otherwise.

Please do not hesitate to contact me if you have any questions. If you have retained counsel on this litigation, please have your attorney contact me directly.

Best,

**Suzanne E. Khalil** | Associate | Allen Matkins Leck Gamble Mallory & Natsis LLP

One America Plaza, 600 West Broadway, 27th Floor, San Diego, CA 92101-0903

Direct (619) 235-1503 | Mobile (571) 499-1676 | Fax (619) 233-1158

skenney@allenmatkins.com

# Allen Matkins

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

# EXHIBIT 2

**Khalil, Suzanne**

---

| | |
|---|---|
| **From:** | Khalil, Suzanne |
| **Sent:** | Thursday, June 11, 2026 1:09 PM |
| **To:** | Jared Marsh; Eva-Maria Mayer |
| **Cc:** | Hail, Brian; Whitehead, Trevor; Winograd, Hayley; Joe Johnson; Abby Waag; Luke Zadkovich |
| **Subject:** | Re: OEC Freight (NY), Inc., d/b/a OEC Group v. Don Smith & Associates, Inc., et al. (1:23-cv-06299-ALC-VF) |

Counsel,

I understand that Mr. Marsh is declining to participate.  I will circulate a calendar item for Friday at 5:30 pm for OEC's counsel.

Best,
Suzanne

Get Outlook for iOS

---

**From:** Jared Marsh <jmarsh@knmlaw.com>
**Sent:** Thursday, 11 June 2026 23:55:17
**To:** Eva-Maria Mayer <eva.mayer@floydzad.com>; Khalil, Suzanne <skhalil@allenmatkins.com>
**Cc:** Hail, Brian <bhail@allenmatkins.com>; Whitehead, Trevor <twhitehead@allenmatkins.com>; Winograd, Hayley <hwinograd@allenmatkins.com>; Joe Johnson <joe.johnson@floydzad.com>; Abby Waag <abby.waag@floydzad.com>; Luke Zadkovich <luke.zadkovich@floydzad.com>
**Subject:** RE: OEC Freight (NY), Inc., d/b/a OEC Group v. Don Smith & Associates, Inc., et al. (1:23-cv-06299-ALC-VF)

> CAUTION: External Email

Counsel,
I will not be entering my appearance in the matter and I am not licensed in New York, so I won't be participating in the meet and confer. My client's position is that the emails are protected by the attorney-client privilege and should not be produced.
Sincerely,
Jared


M. Jared Marsh

**krigel nugent + moore**
Direct: 816.285.6062
jmarsh@knmlaw.com
www.knmlaw.com

---

**From:** Eva-Maria Mayer <eva.mayer@floydzad.com>
**Sent:** Thursday, June 11, 2026 8:44 AM

**To:** Khalil, Suzanne <skhalil@allenmatkins.com>; Jared Marsh <jmarsh@knmlaw.com>
**Cc:** Hail, Brian <bhail@allenmatkins.com>; Whitehead, Trevor <twhitehead@allenmatkins.com>; Winograd, Hayley <hwinograd@allenmatkins.com>; Joe Johnson <joe.johnson@floydzad.com>; Abby Waag <abby.waag@floydzad.com>; Luke Zadkovich <luke.zadkovich@floydzad.com>

**Subject:** Re: OEC Freight (NY), Inc., d/b/a OEC Group v. Don Smith & Associates, Inc., et al. (1:23-cv-06299-ALC-VF)

Counsel,

I confirm my availability on Friday during the time proposed by Ms. Khalil.

Kind regards,

Eva

**EVA-MARIA MAYER**
Partner

**FLOYD–ZADKOVICH (US) LLP**
M: +1 617 943 7957
33 East 33rd St. (9th Floor, Suite 905), New York, 10016, USA
Floydzad.com | LinkedIn | Case by Case Podcast

**NEW YORK** | LONDON | CHICAGO | HOUSTON | SYDNEY

---

**From:** Khalil, Suzanne <skhalil@allenmatkins.com>
**Sent:** Wednesday, June 10, 2026 18:58
**To:** Eva-Maria Mayer <eva.mayer@floydzad.com>; Jared Marsh <jmarsh@knmlaw.com>
**Cc:** Hail, Brian <bhail@allenmatkins.com>; Whitehead, Trevor <twhitehead@allenmatkins.com>; Winograd, Hayley <hwinograd@allenmatkins.com>; Joe Johnson <joe.johnson@floydzad.com>; Abby Waag <abby.waag@floydzad.com>; Luke Zadkovich <luke.zadkovich@floydzad.com>
**Subject:** RE: OEC Freight (NY), Inc., d/b/a OEC Group v. Don Smith & Associates, Inc., et al. (1:23-cv-06299-ALC-VF)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe!

Ms. Mayer and Mr. Marsh,

Please advise on your availability to meet and confer by telephone regarding this issue by noon tomorrow. I am available this Thursday 4:00-4:30 pm EST and Friday 4:30-6:00 pm EST.

Best,

**Suzanne E. Khalil** | Associate | Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza, 600 West Broadway, 27th Floor, San Diego, CA 92101-0903
Direct (619) 235-1503 | Mobile (571) 499-1676 | Fax (619) 233-1158
skenney@allenmatkins.com

# Allen Matkins

**From:** Eva-Maria Mayer <eva.mayer@floydzad.com>
**Sent:** Tuesday, June 2, 2026 1:15 PM
**To:** Khalil, Suzanne <skhalil@allenmatkins.com>; Jared Marsh <jmarsh@knmlaw.com>
**Cc:** Hail, Brian <bhail@allenmatkins.com>; Whitehead, Trevor <twhitehead@allenmatkins.com>; Winograd, Hayley <hwinograd@allenmatkins.com>; Joe Johnson <joe.johnson@floydzad.com>; Abby Waag <abby.waag@floydzad.com>; Luke Zadkovich <luke.zadkovich@floydzad.com>
**Subject:** Re: OEC Freight (NY), Inc., d/b/a OEC Group v. Don Smith & Associates, Inc., et al. (1:23-cv-06299-ALC-VF)

CAUTION: External Email

Counsel,

Thank you for your message. Based on your message, Storlie is in possession of responsive communications over which it is not exerting a privilege. Pursuant to F.R.C.P. 26(b)(1), unless otherwise ordered by the court, it is Storlie's obligation to produce such communications to OEC.

We therefore expect Storlie will make this production without delay.

Kind regards,

Eva

**EVA-MARIA MAYER**
Partner

**FLOYD_ZADKOVICH (US) LLP**
M: +1 617 943 7957
33 East 33rd St. (9th Floor, Suite 905), New York, 10016, USA
Floydzad.com | LinkedIn | Case by Case Podcast

**NEW YORK** | LONDON | CHICAGO | HOUSTON | SYDNEY

---

**From:** Khalil, Suzanne <skhalil@allenmatkins.com>
**Sent:** Monday, June 1, 2026 15:21
**To:** Jared Marsh <jmarsh@knmlaw.com>; Eva-Maria Mayer <eva.mayer@floydzad.com>; Abby Waag <abby.waag@floydzad.com>; Luke Zadkovich <luke.zadkovich@floydzad.com>; Joe Johnson <joe.johnson@floydzad.com>
**Cc:** Hail, Brian <bhail@allenmatkins.com>; Whitehead, Trevor <twhitehead@allenmatkins.com>; Winograd, Hayley <hwinograd@allenmatkins.com>
**Subject:** OEC Freight (NY), Inc., d/b/a OEC Group v. Don Smith & Associates, Inc., et al. (1:23-cv-06299-ALC-VF)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe!

Counsel,

During the course of discovery, we have become aware that Jennifer Wolf-Logsdon and Tom O'Brien, acting as DSA owners and writing solely on behalf of DSA, communicated with DSA's attorneys, including Scott Vincent and Erlene Krigel, using Storlie's email system.

3

Storlie has informed DSA of this issue. These communications were sent or received using the Storlie email system, which is owned by Storlie and according to Company policy, persons using that email system should not have an expectation of privacy.  Of course if Storlie employees use their email to communicate *on Storlie's behalf*, that communication is privileged.  Ms. Wolf-Logsdon and Mr. O'Brien's use of Storlie's email system on their own personal behalf, to conduct DSA business with DSA's counsel is not part of Storlie's attorney-client privilege.

We alerted DSA's counsel, Mr. Jared Marsh, (copied hereon) to the presence of these communications.  On behalf of his clients (DSA and its owners), Mr. Marsh objected to the production of those documents, and indicated their belief that these communications are in fact privileged DSA communications.

We do not take any position on this claim of privilege, and are not asserting any claim of privilege over production of the documents.  But, to resolve these issues, we write to inform OEC of the issue and DSA's counsel's position.  We suggest that you connect with Mr. Marsh to discuss this issue and inform Storlie of the resolution.   We will abide by any agreement of the parties or direction from the Court.

Best,

**Suzanne E. Khalil** | Associate | Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza, 600 West Broadway, 27th Floor, San Diego, CA 92101-0903
Direct (619) 235-1503 | Mobile (571) 499-1676 | Fax (619) 233-1158
skenney@allenmatkins.com

# Allen Matkins

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.